

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

OCT 2 5 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>*Mondragon*<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SACR12-240 - 6<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of _____ *def* _____ , IT IS ORDERED that a detention hearing
is set for ___ *Tues  Oct  30,  2012,* ___ , at *1:30* □ a.m. / ☒ p.m. before the
Honorable ___ *Robert N Block* ___ , in Courtroom ___ *6B* ___ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
*(Other custodial officer)*

Dated: ___ *10/25/12* ___

_____
U.S. District Judge/Magistrate Judge
ROBERT N. BLOCK